| AO 10 Rev. 1/2013 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2012** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>BOWEN, DUDLEY H. | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF GEORGIA | 3. Date of Report<br><br>06/04/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>P O BOX 2106<br>AUGUSTA, GEORGIA 30903 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/04/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/04/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHARLES SCHWAB IRA #1 | | | | | | | | | |
| 2. General Maritime New F | A | Dividend | J | T | | | | | |
| 3. Pimco Total Return Fund | A | Dividend | K | T | | | | | |
| 4. General Electric | A | Dividend | | | Sold | 12/31/12 | J | A | |
| 5. Dynegy Inc | A | Dividend | J | T | | | | | |
| 6. Ford Motor Co New | A | Dividend | | | Buy | 09/05/12 | J | | |
| 7. Ford Motor Co New | A | Dividend | | | Sold | 11/01/12 | J | A | |
| 8. Ford Motor Co New | A | Dividend | | | Buy | 03/02/12 | J | | |
| 9. Ford Motor Co New | A | Dividend | | | Sold | 11/01/12 | J | A | |
| 10. Ford Motor Co New | A | Dividend | | | Buy | 06/04/12 | J | | |
| 11. Ford Motor Co New | A | Dividend | | | Sold | 11/01/12 | J | A | |
| 12. Pengrowth Energy Corp | A | Dividend | | | Buy | 01/20/12 | J | | |
| 13. Pengrowth Energy Corp | A | Dividend | | | Sold | 08/14/12 | J | A | |
| 14. CHARLES SCHWAB | | | | | | | | | |
| 15. Wahlco Envirosystems Com | A | Dividend | | | Sold | 12/31/12 | J | A | |
| 16. Merrill Lynch Pfd | A | Dividend | | | Sold | 12/31/12 | J | A | |
| 17. Builders Designs Inc Com Stk | A | Dividend | | | Sold | 12/31/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Amer on Line Com Stk | A | Dividend | | | Sold | 12/31/12 | J | A | |
| 19. CIT Group Com Stk | A | Dividend | | | Sold | 12/31/12 | J | A | |
| 20. Intel Com Stock | A | Dividend | | | Sold | 12/31/12 | K | A | |
| 21. ABN AMRO / VERDUS Gwth Fd | A | Dividend | L | T | | | | | |
| 22. Exxon Mobil Common Stk | A | Dividend | K | T | | | | | |
| 23. DuPont E I De Nemour and Co com | A | Dividend | J | T | | | | | |
| 24. Wachovia Corp New | A | Dividend | J | T | | | | | |
| 25. Charles Schwab Money Market | B | Interest | J | T | | | | | |
| 26. Pimco Total Return Fund | B | Dividend | J | T | | | | | |
| 27. OTHER INV/TRUSTS | | | | | | | | | |
| 28. ABN AMRO VERDX MCGFX FUNDS (ALLEGHANY) | D | Dividend | M | T | | | | | |
| 29. E I DEUPONT DRIP | A | Dividend | J | T | | | | | |
| 30. Ga Bk & Tr Money Mkt Market | B | Interest | M | T | | | | | |
| 31. Ga Bk & Tr Savings | A | Interest | K | T | | | | | |
| 32. TIAA CREF MUTUAL FUND | A | Dividend | L | T | | | | | |
| 33. CSRA Fed Cr Union | A | Interest | J | T | | | | | |
| 34. Real PPty McCormick County, SC | D | Distribution | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Barclays Mon Mkt Acct | B | Interest | J | T | | | | | |
| 36. Atlantic Amer Com | | None | J | T | | | | | |
| 37. Regions Bank Savings | A | Interest | J | T | | | | | |
| 38. Blackrock Global Oppty | A | Dividend | | | Buy | 05/16/12 | J | | |
| 39. Blackrock Global Oppty | A | Dividend | | | Sold | 08/15/12 | J | A | |
| 40. Blackrock Intl Gwth | A | Dividend | | | Buy | 05/16/12 | J | | |
| 41. Blackrock Intl Gwth | A | Dividend | | | Sold | 08/15/12 | J | A | |
| 42. Duke Energy | A | Dividend | | | Buy | 06/19/12 | J | | |
| 43. Duke Energy | A | Dividend | | | Sold | 07/06/12 | J | A | |
| 44. Duke Energy | A | Dividend | | | Buy | 02/15/12 | K | | |
| 45. Duke Energy | A | Dividend | | | Sold | 08/16/12 | J | B | |
| 46. Duke Energy | A | Dividend | | | Buy | 06/19/12 | J | | |
| 47. Duke Energy | A | Dividend | | | Sold | 08/16/12 | J | A | |
| 48. Microsoft Corp | A | Dividend | | | Buy | 01/02/12 | K | | |
| 49. Microsoft Corp | A | Dividend | | | Sold | 01/20/12 | K | C | |
| 50. Microsoft Corp | A | Dividend | | | Buy | 01/01/12 | J | | |
| 51. Microsoft Corp | A | Dividend | | | Sold | 02/01/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pengrowth Energy Corp | A | Dividend | | | Buy | 01/19/12 | K | | |
| 53. Pengrowth Energy Corp | A | Dividend | | | Sold | 04/26/12 | K | A | |
| 54. Pengrowth Energy Corp | A | Dividend | | | Buy | 01/20/12 | K | | |
| 55. Pengrowth Energy Corp | A | Dividend | | | Sold | 04/26/12 | K | A | |
| 56. Pengrowth Energy Corp | A | Dividend | | | Buy | 01/20/12 | K | | |
| 57. Pengrowth Energy Corp | A | Dividend | | | Sold | 04/26/12 | K | A | |
| 58. Pengrowth Energy Corp | A | Dividend | | | Buy | 01/19/12 | K | | |
| 59. Pengrowth Energy Corp | A | Dividend | | | Sold | 08/14/12 | K | A | |
| 60. Pengrowth Energy Corp | A | Dividend | | | Buy | 01/27/12 | K | | |
| 61. Pengrowth Energy Corp | A | Dividend | | | Sold | 08/14/12 | K | A | |
| 62. Pengrowth Energy Corp | A | Dividend | | | Buy | 03/05/12 | J | | |
| 63. Pengrowth Energy Corp | A | Dividend | | | Sold | 08/14/12 | J | A | |
| 64. Pengrowth Energy Corp | A | Dividend | | | Buy | 03/05/12 | K | | |
| 65. Pengrowth Energy Corp | A | Dividend | | | Sold | 09/24/12 | K | A | |
| 66. Southern Co | A | Dividend | | | Buy | 03/07/12 | J | | |
| 67. Southern Co | A | Dividend | | | Sold | 12/31/12 | J | A | |
| 68. Southern Co | A | Dividend | | | Buy | 06/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Southern Co | A | Dividend | | | Sold | 12/31/12 | J | A | |
| 70. Southern Co | A | Dividend | | | Buy | 08/16/12 | K | | |
| 71. Southern Co | A | Dividend | | | Sold | 12/31/12 | K | A | |
| 72. Southern Co | A | Dividend | | | Buy | 09/07/12 | J | | |
| 73. Southern Co | A | Dividend | | | Sold | 12/31/12 | J | A | |
| 74. Blackstone Group LP | A | Dividend | | | Buy | 05/07/12 | K | | |
| 75. Blackstone Group LP | A | Dividend | | | Sold | 08/14/12 | K | B | |
| 76. Blackstone Group LP | A | Dividend | | | Buy | 05/09/12 | K | | |
| 77. Blackstone Group LP | A | Dividend | | | Sold | 08/14/12 | K | C | |
| 78. Alcoa Inc 7.50 Call | A | Dividend | | | Buy | 01/02/12 | K | | |
| 79. Alcoa Inc 7.50 Call | A | Dividend | | | Sold | 01/25/12 | K | C | |
| 80. Alcoa Inc 8.00 Call | A | Dividend | | | Buy | 08/17/12 | J | | |
| 81. Alcoa Inc 8.00 Call | A | Dividend | | | Sold | 12/31/12 | J | A | |
| 82. CHARLES SCHWAB IRA # 2 | | | | | | | | | |
| 83. IDII Stock | A | Dividend | J | T | | | | | |
| 84. Merrill Lynch Pfd | A | Dividend | K | T | | | | | |
| 85. Vanguard Gwth Fund | A | Dividend | | | Sold | 01/20/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pimco Total Return Fund | B | Dividend | K | T | | | | | |
| 87. Pimco Real Return Fund | B | Dividend | J | T | | | | | |
| 88. Pengrowth Energy Corp F:PGH | A | Dividend | | | Buy | 01/20/12 | J | | |
| 89. Pengrowth Energy Corp F:PGH | A | Dividend | | | Sold | 08/14/12 | J | A | |
| 90. CHARLES SCHWAB FORMERLY T ROWE PRICE | | | | | | | | | |
| 91. Motorola | A | Dividend | J | T | | | | | |
| 92. Lucent | A | Dividend | J | T | | | | | |
| 93. Xerox | A | Dividend | J | T | | | | | |
| 94. General Motors | A | Dividend | J | T | | | | | |
| 95. Schwab Money Market | A | Interest | J | T | | | | | |
| 96. Kinder Morgan Inc | A | Distribution | J | T | | | | | |
| 97. Northern Borders Partners nbp | A | Distribution | K | T | | | | | |
| 98. Northern Borders Partners nbp | A | Distribution | J | T | | | | | |
| 99. TRUST CHARLES SCHWAB | | | | | | | | | |
| 100. Willis Group Holdings | A | Dividend | K | T | | | | | |
| 101. Sch Adv Cash Res swzxx | A | Dividend | J | T | | | | | |
| 102. T Rowe Price Spectrum | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Ford | A | Dividend | | | Sold | 12/11/12 | K | A | |
| 104.  Ford Motor Co | A | Dividend | | | Buy | 03/02/12 | J | | |
| 105.  Ford Motor Co | A | Dividend | | | Sold | 12/11/12 | J | A | |
| 106.  Ford Motor Co | A | Dividend | | | Buy | 06/04/12 | J | | |
| 107.  Ford Motor Co | A | Dividend | | | Sold | 12/11/12 | J | A | |
| 108.  Ford Motor Co | A | Dividend | | | Buy | 09/05/12 | J | | |
| 109.  Ford Motor Co | A | Dividend | | | Sold | 12/11/12 | J | A | |
| 110.  Ford Motor Co | A | Dividend | | | Buy | 12/04/12 | J | | |
| 111.  Ford Motor Co | A | Dividend | | | Sold | 12/11/12 | J | A | |
| 112.  Pengrowth Energy Corp | A | Dividend | | | Buy | 01/20/12 | K | | |
| 113.  Pengrowth Energy Corp | A | Dividend | | | Sold | 08/14/12 | K | A | |
| 114.  CHARLES SCHWAB IRA #3 ROLLOVER | | | | | | | | | |
| 115.  Schwab Adv Cash Reserve | A | Dividend | K | T | | | | | |
| 116.  General Electric | A | Dividend | J | T | Buy | 01/02/12 | J | | |
| 117.  Pengrowth Energy Corp F; PGH | B | Dividend | J | T | Buy | 01/17/12 | J | | |
| 118.  Pengrowth Energy Corp F:PGH | A | Dividend | | | Sold | 09/24/12 | J | A | |
| 119.  Pengrowth Energy Corp F:PGH | A | Dividend | | | Buy | 01/19/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/04/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pengrowth Energy Corp F:PGH | A | Dividend | | | Sold | 09/24/12 | K | A | |
| 121. Pengrowth Energy Corp F:PGH | A | Dividend | | | Buy | 01/20/12 | J | | |
| 122. Pengrowth Energy Corp F:PGH | A | Dividend | | | Sold | 09/24/12 | K | A | |
| 123. Pengrowth Energy Corp F:PGH | A | Dividend | | | Buy | 02/01/12 | J | | |
| 124. Pengrowth Energy Corp:PGH | A | Dividend | | | Sold | 09/24/12 | J | A | |
| 125. Pengrowth Energy Corp:PGH | A | Dividend | | | Buy | 04/09/12 | J | | |
| 126. Pengrowth Energy Corp:PGH | A | Dividend | | | Sold | 09/24/12 | J | A | |
| 127. Pimco Total Return Fund D | A | Dividend | | | Buy | 01/01/12 | L | | |
| 128. Pimco Total Return Fund D | A | Dividend | | | Sold | 04/26/12 | L | C | |
| 129. Pimco Total Return Fund D | A | Dividend | | | Buy | 01/01/12 | J | | |
| 130. Pimco Total Return Fund D | A | Dividend | | | Sold | 04/26/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BOWEN, DUDLEY H. | 06/04/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **DUDLEY H. BOWEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544